**Order entered September 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00475-CV

### LLOYD DOUGLAS, Appellant

### V.

### CITY OF KEMP, TEXAS, Appellee

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 89460-422**

## ORDER

We **GRANT** appellant's September 10, 2014 unopposed motion to extend time to file

reply brief and **ORDER** the brief be filed no later than September 29, 2014.


/s/     ELIZABETH LANG-MIERS
         JUSTICE